Catherine Jeffery, Plaintiff-Appellant, v. Anthony Jeffery, Defendant-Appellee.

**Gen. No. 49,456.**

First District, Second Division.

February 9, 1965.

Louis Z. Grant, of Chicago (Burton G. Hirsch, of counsel), for appellant; G. Wallace Roth, of Chicago, for appellee. Opinion by JUSTICE LYONS. Not to be published in full.